**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JUN 29 2018**

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NUMBER 18-mj-7097 |
| GEORGE RITA II, | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, Christopher Bockelmann, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count 1

On or about the 28th day of June, 2018, in the Southern District of District of Illinois, the defendant,

### George Rita II,

through the use of an instrument of interstate or foreign commerce maliciously conveyed false information, a threat, to unlawfully damage, a building, the United State Military Recruiting Center located in Carbondale, Illinois, by means of an explosive, in or affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 844(e).

I further state that this complaint is based on the following facts:

I am a Special Agent of the FBI assigned to the FBI's Springfield Division, Fairview Heights Resident Agency, in Fairview Heights, Illinois. I have been employed as a Special Agent since 2016. As part of my duties as an FBI Special Agent, I investigate criminal violations relating to National Security.

On June 28, 2018, an anonymous tipster with Internet Protocol (IP) address 173.22.247.67 submitted an online tip via tips.fbi.gov stating:

> "I'm gonna go right to that recruitment center and fucking blow the shit out of them. They will not quit and you will not listen...I have a supreme court order that says I can do whatever I want except murder someone. I am gonna blow the shit out of that recruitment center. Not you, nor the police, nor them can legally stop me whatsoever. Capish. Tell Lucky good bye."

Agents determined that the message received by the FBI tip line, which is located in Clarksburg, West Virginia, was sent utilizing Mediacom Communications, an Internet Service Provider. Mediacom Communications advised Agents that George Rita II, with an Apartment in Carbondale, Illinois, subscribed to the I.P. address utilized to send the message. Local law enforcement was aware of Rita because he had sent an e-mail to the Carbondale, Illinois Police Department in 2012 that stated, "By the way, SWAT I am building bombs."

On June 28, 2018, Agents obtained a Search Warrant for Rita's Apartment. Rita was determined to be the sole person residing in the Apartment where the threat had originated. During the search, Rita was interviewed by agents regarding the threat. Rita stated that he had sent the message threatening the United States Military Recruiting Center, which agents determined was approximately 2.2 miles from the defendant's apartment.

FURTHER AFFIANT SAYETH NAUGHT.

*SA Christopher M. Bockelmann*
SA CHRISTOPHER M. BOCKELMANN
FEDERAL BUREAU OF INVESTIGATION

State of Illinois            )
                             )   SS.
County of St. Clair          )

    Sworn to before me and subscribed in my presence on the __29TH__ day of June, 2018, at East St. Louis, Illinois.

 

_____
STEPHEN C. WILLIAMS
United States Magistrate Judge

DONALD S. BOYCE
United States Attorney

_____
RANLEY R. KILLIAN
Assistant United States Attorney