IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GEORGE RITA II, )<br>)<br>)<br>Defendant. ) | CRIMINAL NO. 18-40041-JPG<br><br>Title 18,<br>United States Code,<br>Section 1038 |

**FILED**
JUL 1 1 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### MAKING A HOAX BOMB THREAT

On or about the 28th day of June, 2018, in the Southern District of District of Illinois, the defendant,

**GEORGE RITA II,**

Defendant herein, did intentionally convey false and misleading information regarding a United States Military Recruitment Center, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place, namely that a destructive device would be used to damage the Recruitment Center, that would constitute a violation of Title 18, United States Code, Section 844(e) and Title 18, United States Code, Section 844(f), all in violation of Title 18, United States Code, Section 1038.

**A TRUE BILL**

**FOREPERSON**

RANLEY R. KILLIAN
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention